AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HIGGINBOTHAM, PATRICK E. | U.S. COURT OF APPEALS, FIFTH | 05/15/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE (SENIOR JUDGE) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
|---|---|---|

| 7. Chambers or Office Address<br><br>903 SAN JACINTO BLVD, ROOM 400<br>AUSTIN, TX 78701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE, CHAIR, BOARD OF TRUSTEES | THE CENTER FROM AMERICAN & INTERNATIONAL LAW (FORMERLY THE SOUTHWESTERN LEGAL FOUNDATION) |
| 2. BOARD OF OVERSEERS | RAND - INSTITUTE FOR CIVIL JUSTICE |
| 3. CO-INDEPENDENT EXECUTOR | TRUST #1 |
| 4. INDEPENDENT EXECUTOR | TRUST #2 |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Higginbotham, Patrick E.**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | ST. MARY'S UNIVERSITY (TEACHING) * | $93,526.84 |
| 2. 2010 | MATTHEW BENDER (WRITING) | $448.00 |
| 3. 2010 | DUKE UNIVERSITY (TEACHING) * | $4,500.00 |
| 4. 2010 | LSU FOUNDATION (TEACHING) * | $15,000.00 |
| 5. 2010 | * INCOME FOR ITEMS ABOVE ARE GROSS INCOME NOT NET OF ANY EXPENSES INCURRED. | $0.00 |
| 6. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | LEGENDS OF THE BAR - TEXAS TRIAL LEGENDS LUNCHEON | FEBRUARY 1, 2010 | DALLAS, TX | PARTICIPANT | TRANSPORTATION |
| 2. | STANFORD LAW SHOOL - KIRKWOOD MOOT COURT COMPETITION | FEBRUARY 8, 2010 | STANFORD, CA | PARTICIPANT | TRANSPORTATION, LODGING, MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| HIGGINBOTHAM, PATRICK E. | 05/15/2011 |

| 3. | HOUSTON BAR ASSOCIATION | FEBRUARY 18, 2010 | HOUSTON, TX | SPEAKER | TRANSPORTATION, PARKING |
|---|---|---|---|---|---|
| 4. | RAND ICJ BOARD OF OVERSEERS MEETING | MARCH 18-19, 2010 | SANTA MONICA, CA | MEMBER PARTICIPANT | TRANSPORTATION, LODGING, PARKING |
| 5. | DUKE LAW SCHOOL - 2010 LITIGATION REVIEW CONFERENCE | MAY 10-11, 2010 | DURHAM, NC | PARTICIPANT | TRANSPORTATION, LODGING |
| 6. | JUDGE ADVOCATE ASSOCIATION | MAY 13, 2010 | ARLINGTON, VA | CHEIF JUSTICE MARSHALL LIFETIME ACHIEVENT AWARD | LODGING |
| 7. | 2010 BALDWIN-MOBILE COUNTY BENCH & BAR CONFERENCE | DECEMBER 3-5, 2010 | POINT CLEAR, AL | SPEAKER | LODGING, MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| HIGGINBOTHAM, PATRICK E. | 05/15/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HIGGINBOTHAM, PATRICK E. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA ACCOUNT | A | Interest | J | T | | | | | |
| 2. NEW YORK LIFE INSURANCE COMPANY | A | Interest | J | T | | | | | |
| 3. BEAL BANK ACCOUNTS | A | Interest | | | Closed | 01/01/10 | J | | |
| 4. VERIZON COMMON STOCK | A | Dividend | J | T | | | | | |
| 5. COMCAST COMMON STOCK | A | Dividend | J | T | | | | | |
| 6. AT&T CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 7. FRONTIER COMMUNICATIONS COMMON STOCK | A | Dividend | J | T | Buy | 10/01/10 | J | | |
| 8. VIRTUS STRATEGIC GROWTH FUND A | B | Dividend | K | T | Buy | 01/01/10 | K | | |
| 9. BAC MITTS DJUBS - ER | A | Interest | J | T | Buy | 06/24/10 | J | | |
| 10. FLORIDA ST BRD ED | A | Interest | J | T | | | | | |
| 11. BAY AREA TOLL AUTH CA | A | Interest | J | T | | | | | |
| 12. FULTON CNTY GA DEV AUTH SPL FACS REV DELTA (MUNI BOND) | | None | | | Sold | 01/01/10 | J | A | |
| 13. CHEROKEE CO GA HOSP AUTH RV CTFS REF MBIA | B | Interest | K | T | | | | | |
| 14. COCNINO-YAVAPAI AZ JT | A | Interest | J | T | | | | | |
| 15. MARICOPA CO AZ UNI SCH | A | Interest | J | T | | | | | |
| 16. HAWAII ST | A | Interest | J | T | | | | | |
| 17. CYPRESS-FAIRBANKS TEX | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HIGGINBOTHAM, PATRICK E. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. HOUSTON TEX INDPT SCH | B | Interest | K | T | | | | | |
| 19. CHATHAM CNTY GA HOSP REV | A | Interest | J | T | | | | | |
| 20. FULCO GA HSP AT RV ANTIC CTFS ST | B | Interest | K | T | | | | | |
| 21. GEORGE L. SMITH II GA WLD CONGR RV (MUNI BOND) | A | Interest | J | T | | | | | |
| 22. FULTON CNTY GA DEV AT RV GA TECH FNDTN (MUNI BOND) | A | Interest | J | T | | | | | |
| 23. AGL RESOURCES INC COMMON STOCK | B | Dividend | K | T | | | | | |
| 24. BLACKROCK GLOBAL ALLOCATION FD INC | A | Dividend | M | T | | | | | |
| 25. DTE ENERGY COMPANY COMMON STOCK | A | Dividend | J | T | Sold (part) | 01/19/10 | J | A | |
| 26. DUKE ENERGY CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 27. EXXON MOBIL CORP COMMON STOCK | C | Dividend | M | T | | | | | |
| 28. PIMCO TOTAL RETURN FD (MUTUAL FUND) | A | Dividend | J | T | | | | | |
| 29. PIONEER HIGH YIELD FUND CLASS C | A | Dividend | J | T | | | | | |
| 30. INVESCO VAN KAMPEN (formerly VAN KAMPEN SENIOR INCM TR) | A | Dividend | J | T | | | | | |
| 31. TRUST #1 | | None | J | W | | | | | |
| 32. TRUST #2 - RENTAL PROPERTIES (TARRANT COUNTY, TX) | A | Rent | N | W | | | | | |
| 33. TRUST #2 - ROYALTY INTEREST (TULSA, OK) | A | Royalty | J | W | | | | | |
| 34. RENTAL PROPERTY (PENSACOLA, FL) | D | Rent | N | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HIGGINBOTHAM, PATRICK E. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. ROYALTY INTEREST (TULSA, OK) | B | Royalty | J | W | | | | | |
| 36. IRA, BANK OF AMERICA | B | Interest | L | T | | | | | |
| 37. IRA, BANK OF AMERICA (MONEY MARKET) | A | Interest | J | T | | | | | |
| 38. CHASE ACCOUNT (TRUST #1) | | None | J | W | | | | | |
| 39. MERRILL LYNCH BANK U.S.A. | | None | L | T | | | | | |
| 40. MERRILL LYNCH BANK & TRUST | A | Interest | K | T | | | | | |
| 41. COCA COLA | B | Dividend | K | T | | | | | |
| 42. ORLANDO FL UTL CMMN UTL SYS RV SER A RF OID MBIA | A | Interest | J | T | | | | | |
| 43. CENTRAL GREENE PA SCH DIST SER B RF OID FSA | A | Interest | J | T | | | | | |
| 44. ROCHESTER NH XLCA | A | Interest | J | T | | | | | |
| 45. ERIE CNTY NY SER D-2 RF MBIA | A | Interest | | | Redeemed | 06/01/10 | J | | |
| 46. RENTAL PROPERTY (AUSTIN, TX) | C | Rent | M | W | | | | | |
| 47. DELTA AIR LINES INC | | None | J | T | | | | | |
| 48. SPECTRA ENERGY CORP | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HIGGINBOTHAM, PATRICK E. | 05/15/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ PATRICK E. HIGGINBOTHAM

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544